

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2013

No. 04-13-00549-CV

Ernest **MUNGUIA**,
Appellant

v.

**VIA METROPOLITAN TRANSIT**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 380931
Honorable Irene Rios, Judge Presiding

# O R D E R

The clerk's record was due August 21, 2013, but it was not filed. On September 3, 2013, this court notified the trial court clerk that the clerk's record was late. *See* TEX. R. APP. P. 37.3(a)(1). The clerk responded to our notice by stating the clerk's record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We order appellant Ernest Munguia to provide written proof to this court on or before **September 23, 2013** that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1 and 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2013.

_____
Keith E. Hottle
Clerk of Court